IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JULETHA HANCOCK                                                              PLAINTIFF

v.                          No. 3:10-cv-328-DPM

CRITTENDEN COUNTY,
ARKANSAS, a Public Body Politic;
RICHARD "DICK" BUSBY, in his
official capacity as Sheriff of Crittenden
County, Arkansas; and ZANE BOYD, in his
individual and official capacity
as Jail Administrator                                                        DEFENDANTS

ORDER

The parties have settled. The Court thanks Magistrate Judge Jerome T. Kearney for his good work midwifing the agreement. The joint motion to dismiss Hancock's complaint, *Document No. 42*, is granted. FED. R. CIV. P. 41(a)(2). Hancock's complaint is dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 January 2013