IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JULETHA HANCOCK**                                              **PLAINTIFF**

v.                          No. 3:10-cv-328–DPM

**CRITTENDEN COUNTY,
ARKANSAS, a Public Body Politic;
RICHARD "DICK" BUSBY, in his
official capacity as Sheriff of Crittenden
County, Arkansas; and ZANE BOYD, in his
individual and official capacity
as Jail Administrator**                                          **DEFENDANTS**

## JUDGMENT

Hancock's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 January 2013